```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/28/15
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JENNIFER MATEO, Individually, and on behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>-against-<br><br>ALI BABA HOTEL CORP., AMERITANIA 54TH ASSOCIATES, LLC, MODERNE F&B LLC, and SHARON OLSON,<br><br>Defendants. | Civil Action No.: 14-CV-5654 (PGG)<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

  WHEREAS, Plaintiff Jennifer Mateo endeavors to voluntarily withdraw her claims and dismiss this action with prejudice as against Defendants Ali Baba Hotel Corp., Ameritania 54th Associates, LLC, Moderne F&B LLC, and Sharon Olson ("Defendants"), and Defendants consent to such withdrawal;

  WHEREAS, no party herein is an incompetent for whom a Committee has been appointed; and

  WHEREAS, there is no person not a party who has an interest in the subject matter of this action;

  IT IS HEREBY STIPULATED AND AGREED, by and between the parties herein, that the above captioned action be dismissed with prejudice as against Defendants in accordance with Rule 41(a)(1) of the Federal Rules of Civil Procedure and without costs or attorneys' fees to either party.

| | |
|---|---|
| JTB LAW GROUP, LLP<br><br>By: _____<br>  Jason T. Brown, Esq.<br>155 2nd Street, Suite 4<br>Jersey City, New Jersey 07302<br>Tel: 201-630-0000<br><br>*Attorneys* for Plaintiff | LITTLER MENDELSON, P.C.<br><br>By: _____<br>  Barbara Gross, Esq.<br>900 Third Avenue<br>New York, New York 10022-3298<br>Tel: 212-497-8483<br><br>*Attorneys for Defendants* |

GLASS KRAKOWER, LLP

By: _____
Jordan Harlow, Esq.
100 Church Street, 8th Floor
New York, New York 10007
Tel: 212-537-6859

*Attorneys for Plaintiff*

SO ORDERED:

_____   January 28, 2015
Honorable Paul G. Gardephe, U.S.D.J.